DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, Jr.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
JCAA HOLDINGS LLC,                                          :
                                                            :
                        Plaintiff,                          :
                                                            :
            - against -                                     :   CONSENT JUDGMENT
                                                            :
UNITED STATES OF AMERICA,                                   :   23 Civ. 10484 (JHR)
                                                            :
                        Defendant.                          :
------------------------------------------------------------x

WHEREAS, JCAA holdings LLC ("JCAA" or the "plaintiff") commenced this action by filing a complaint and an amended complaint against the United States of America (the "United States"), which was duly served with a copies of the summons and complaints; and

WHEREAS, the parties wish to achieve an amicable resolution of the case;

NOW, on the signed consent of the plaintiff and the United States, it is hereby

ORDERED, ADJUDGED and DECREED that plaintiff shall have judgment against the United States, which grants, sets over, releases and relinquishes to plaintiff all right,

title, interest, and claim it has, or had, in the real property located at 635 West 42nd Street, Unit 4H, New York, New York, Block 1090, Lot 1297.

Dated: New York, New York
April 26, 2024

Agreed and Consented to:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for the United States of America*

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Email: john.gura@usdoj.gov

BOND, SCHOENECK & KING PLLC

By: _____
MARK A. BERMAN
DAWN M. WILSON
600 Third Avenue, 22nd Floor
New York, New York 10016
Email: mberman@bsk.com
Telephone: (646) 253-2356
*Attorneys for Plaintiff JCAA*

SO ORDERED:

_____
HONORABLE JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE

Dated: April 30, 2024